FAG KUGELFISCHER GEORG SCHAFER AG, FAG Italia S.p.A, Barden Corporation (U.K.) Ltd., FAG Bearings Corporation, and the Barden Corporation Plaintiffs–Appellants,

and

INA Walzlager Schaeffler oHG (now known as INA–Schaeffler KG) and INA USA Corporation, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Timken U.S. Corporation, Defendant–Appellee.

Nos. 03–1590, 03–1591.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 30, 2003.

*ORDER*

Upon consideration of the Consent Motion for Dismissal filed by Plaintiffs–Appellants INA–Schaeffler KG and INA USA Corporation,

IT IS ORDERED THAT:

(1) The motion is granted, and

(2) The appeal of Plaintiffs–Appellant INA–Schaeffler KG and INA USA Corporation, is hereby dismissed.